IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TECSEC, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, SAS INSTITUTE, INC., SAP AMERICA, INC., SAP AG, CISCO SYSTEMS, INC., SUN MICROSYSTEMS, INC., SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., ADOBE SYSTEMS INCORPORATED, EBAY, INC., PAYPAL, INC., AND ORACLE CORPORATION<br><br>Defendants. | Case No. 1:10-cv-00115-LMB-TCB<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT EBAY, INC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant eBay, Inc. ("eBay") hereby moves to dismiss with prejudice all claims that Plaintiff TecSec, Incorporated ("TecSec") has asserted against eBay. In the alternative, eBay moves for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

TecSec has accused eBay of directly and indirectly infringing five of its patents. TecSec's amended complaint and its final infringement contentions, however, fail to identify any product or service of eBay that allegedly infringes the asserted patents. Accordingly, TecSec's amended complaint does not state a plausible claim for direct infringement against eBay.

TecSec's claims for indirect infringement, which amount to little more than a recitation of statutory language, also are deficient. TecSec's amended complaint and its final infringement

contentions fail to allege or identify any act undertaken by eBay to induce infringement or contributorily infringe. Accordingly, TecSec's amended complaint fails to state a plausible claim for indirect infringement against eBay.

Based on the foregoing, and as set forth in further detail in the accompanying Memorandum of Law, TecSec's allegations against eBay fail as a matter of law and should be dismissed with prejudice.

Dated: May 26, 2010                                    Respectfully Submitted,

_____/s/_____
Sarah M. Hall (VA Bar # 71084)
George F. Pappas (*pro hac vice*)
Gary Rubman (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel:   (202) 662-6000
Fax:   (202) 662-6291
Email: shall@cov.com
           gpappas@cov.com
           grubman@cov.com


Nitin Subhedar (*pro hac vice*)
Bhanu Sadasivan (*pro hac vice*)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel:   (650) 632-4700
Fax:   (650) 632-4800
Email: nsubhedar@cov.com
           bsadasivan@cov.com

*Attorneys for eBay, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2010 a copy of DEFENDANT EBAY, INC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS was served by e-mail on the following:

| Plaintiff TecSec, Inc. ||
|---|---|
| Richard L. Wyatt, Jr.<br>Michael A. O'Shea<br>Brian M. Buroker<br>Michael A. Oakes<br>HUNTON & WILLIAMS LLP<br>1900 K Street, N.W.<br>Washington, D.C. 20006-1109<br>Tel:   202-955-1500<br>Fax:   202-778-2201<br>Email: TecSec@hunton.com | Andrew G. DiNovo<br>Jay D. Ellwanger<br>DINOVO PRICE ELLWANGER<br>   & HARDY LLP<br>7000 N. MoPac Expressway, Suite 350<br>Austin, TX 78731<br>Tel:   512- 539-2626<br>Fax:   512-539-2627<br>Email: tecsec@dpelaw.com |
| Thomas J. Cawley<br>Stephen Michael Sayers<br>HUNTON & WILLIAMS<br>1751 Pinnacle Dr., Suite 1700<br>McLean, VA  22102<br>Tel:   703-714-7400<br>Fax:   703-714-7410<br>Email: TecSec@hunton.com | |

| Defendant IBM Corporation ||
|---|---|
| Jon T. Hohenthaner<br>John M. Desmarais<br>Sharon Billington<br>Jonas McDavit<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY  10022<br>Tel:   202-446-4800<br>Fax:   202-446-4900<br>Email: IBMCounsel@kirkland.com | Elizabeth Bernard<br>Christopher Nalevanko<br>Philip Warrwick<br>KIRKLAND & ELLIS<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005-5793<br>Tel:   202-879-5000<br>Fax:   202-879-5200<br>Email: IBMCounsel@kirkland.com |
| Craig Crandall Reilly<br>LAW OFFICE OF CRAIG C. REILLY<br>111 Oronoco Street<br>Alexandria, VA  22314<br>Tel:   703-549-5354<br>Fax:   703-549-2604<br>Email: craig.reilly@ccreillylaw.com | |

| **Adobe Systems Incorporated** ||
|---|---|
| Henry C. Bunsow<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA  94105<br>Tel:   415-848-4946<br>Fax:   415-848-4999<br>Email: BunsowH@howrey.com | James F. Valentine<br>William P. Nelson<br>Henry C. Su<br>Christina M. Finn<br>HOWREY LLP<br>1950 University Avenue, 4th Floor<br>East Palo Alto, CA  94303<br>Tel:   650-798-3560<br>Fax:   650-798-3600<br>Email: ValentineJ@howrey.com<br>Email: NelsonW@howrey.com<br>Email: SuH@howrey.com<br>Email: FinnC@howrey.com |
| Vivian S. Kuo<br>HOWREY LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 20004<br>Tel:   202-383-7220<br>Fax:   202-379-9859<br>Email: KuoV@howrey.com | |

| **Defendant Cisco Systems, Inc**. ||
|---|---|
| Craig Crandall Reilly<br>LAW OFFICE OF CRAIG C. REILLY<br>111 Oronoco Street<br>Alexandria, VA  22314<br>Tel:   703-549-5354<br>Fax:   703-549-2604<br>Email: craig.reilly@ccreillylaw.com | William H. Boice<br>Mitchell G. Stockwell<br>Michael J. Turton<br>Russell A. Korn<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, GA  30309<br>Tel:   404-815-6500<br>Fax:   404-815-6555<br>Email: bboice@kilpatrickstockton.com<br>Email: mstockwell@kilpatrickstockton.com<br>Email: mturton@kilpatrickstockton.com<br>Email: rkorn@kilpatrickstockton.com |
| Alton L. Absher III<br>Jon R. Pierce<br>KILPATRICK STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>Tel:   336-607-7300<br>Fax:   336-734-2755<br>Email: jpierce@kilpatrickstockton.com | Amr O. Aly<br>KILPATRICK STOCKTON LLP<br>31 W. 52nd Street, 14th Fl.<br>New York, NY  10019<br>Tel:   212-775-8700<br>Fax:   212-775-8765<br>Email: aaly@kilpatrickstockton.com |

| | |
|---|---|
| Email: absher@kilpatrickstockton.com | |
| Stephen Eric Baskin<br>KILPATRICK STOCKTON LLP<br>607 14TH St NW, Suite 900<br>Washington , DC  20005-2018<br>Tel: 202-508-5800<br>Email:  sbaskin@kilpatrickstockton.com | |

| **Defendants Oracle Corp. and Sun Microsystems, Inc.** ||
|---|---|
| Jonathan D. Link<br>TOWNSEND & TOWNSEND AND CREW LLP<br>1301 K St NW<br>9th Floor, East Tower<br>Washington, DC 20005<br>Tel:  (202) 481-9900<br>Email:  jlink@townsend.com | James Gilliland, Jr.<br>A. James Isbester<br>Mehrnaz B. Smith<br>TOWNSEND & TOWNSEND AND CREW LLP<br>2 Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Tel:  415-273-7550<br>Email:  jggilliland@townsend.com<br>          jisbester@townsend.com<br>          mboroumand@townsend.com |

| **Defendants SAP America, Inc. and SAP, AG** ||
|---|---|
| Jeffrey Kirk Sherwood<br>Charles Daniel Ossola<br>Frank C. Cimino<br>Megan Woodworth<br>Matthew B. Weinstein<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC  2006-5403<br>Tel:    202-887-4000<br>Fax:    202-420-2201<br>Email: SAP-TecSec@dicksteinshapiro.com | |

| **Defendant SAS Institute, Inc.** ||
|---|---|
| Walter D. Kelley, Jr.<br>Tara Lynn Renee Zurawski<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Tel:    202-879-4278<br>Fax:    202-626-1700<br>Email: wdkelley@jonesday.com<br>Email:  tzurawski@jonesday.com | David B. Cochran<br>Thomas Groots<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Tel:    216-586-7029<br>Fax:    216-579-0212<br>Email: dcochran@jonesday.com<br>Email: trgroots@jonesday.com |

| **Defendants Software AG and Software AG, Inc.** ||
|---|---|
| Jeffri A. Kaminski<br>VENABLE LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004<br>Tel:   202-344-4048<br>Fax:   202-344-8300<br>Email: jakaminski@venable.com | Michael W. Robinson<br>Stephen K. Gallagher<br>VENABLE LLP<br>8010 Towers Crescent Dr., Suite 300<br>Vienna, VA  22182<br>Tel:   703-760-1684<br>Fax:   703-821-8949<br>Email: mwrobinson@venable.com<br>Email: skgallagher@venable.com |

| **Defendant Sybase** ||
|---|---|
| Blair M. Jacobs<br>Karla L. Palmer<br>Christina A. Ondrick<br>McDERMOTT WILL & EMERY<br>600 13th Street, N.W.<br>Washington, D.C.  20005-3096<br>Tel:   202-756-8000<br>Fax:   202-756-8087<br>Email: bjacobs@mwe.com<br>Email: kpalmer@mwe.com<br>Email: condrick@mwe.com | Terrence McMahan<br>Vera Elson<br>Yar Chaikovsky<br>Hong Lin<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road<br>Menlo Park, CA  94205<br>Tel:   650-815-7400<br>Fax:   650-815-7401<br>Email: tmcmahan@mwe.com<br>Email: velson@mwe.com<br>Email: hlin@mwe.com |

_____/s/_____
Sarah M. Hall (VA Bar # 71084)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004
Tel:   (202) 662-6000
Fax:   (202) 662-6291
Email: shall@cov.com

*Counsel for Defendant eBay, Inc.*