INITIAL PRETRIAL CONFERENCE

MAGISTRATE JUDGE THERESA CARROLL BUCHANAN.

CA- __10 CV 115__

DATE: __6-16-10__

TIME: __10:05__ TO __11:10__

APPEARANCES COUNSEL FOR:

(✓) PLANTIFF  (✓) DEFENDANT  ( ) PRO SE PLAINTIFF  ( ) PRO SE DEFENDANT

DISCOVERY PLAN: _Parties to submit new order. Order to be entered on later date_

( ) APPROVED  ( ) APPROVED AS AMENDED  ( ) FILE BY _____

CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE:

( ) YES

( ) CONSENT SIGNED

ADR/SETTLEMENT:

( ) PENDING  ( ) WILL DISCUSS  ( ) OTHER

( ) ORDER TO ISSUE

CASE CONTINUED TO _____ FOR 16(B) CONFERENCE