UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TecSec Incorporated, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:10cv115 |
| | ) |
| International Business Machines, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions thereto, it is

ORDERED that TecSec's Motion to to Overrule IBM's Objections to TecSec's First Request for Production of Documents and to Compel IBM to Produce Withheld Documents (#229) is GRANTED in part and DENIED in part.

ORDERED that TecSec's Motion for Patrial Reconsideration of that Portion of Magistrate Judge Buchanan's June 25, 2010 Ruling Denying TecSec's Motion to Compel IBM to Respond to TecSec's Interrogatory No.4 (#236) is GRANTED.

ORDERED that TecSec's Motion for Discovery Sanctions Against IBM (#231) is GRANTED to the extent that IBM shall pay the costs of Mr. O'Donnell's deposition as well as any change fees for airline tickets purchased by plaintiff's counsel to attend his deposition. The remainder of the motion is DENIED.

ENTERED this 23rd day of July, 2010.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia