IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| TECSEC, INC., | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 1:10-cv-115-LMB/TCB |
| INTERNATIONAL BUSINESS MACHINES CORP., | ) |
|        Defendant. | ) |

**TECSEC'S BRIEF IN SUPPORT OF ITS MOTION TO COMPEL DAMAGES-RELATED DISCOVERY AND SOURCE CODE INFORMATION**

**FILED UNDER SEAL**

Dated: August 16, 2010 Respectfully submitted,

TECSEC, INC.

By: /s/ Brian M. Buroker
Richard L. Wyatt, Jr. (*pro hac vice*)
Michael A. O'Shea (*pro hac vice*)
Brian M. Buroker (VSB No. 39581)
Michael A. Oakes (VSB No. 47245)
Ryan P. Phair (*pro hac vice*)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Thomas J. Cawley (VSB No. 04612)
Stephen M. Sayers (VSB No. 23066)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
Telephone: (703) 714-7400
Facsimile: (703) 714-7410

Service E-mail: tecsec@hunton.com

Andrew G. DiNovo (*pro hac vice*)
Jay D. Ellwanger (*pro hac vice*)
Raymond Mort III (*pro hac vice*)
Adam Price (*pro hac vice*)
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Service E-mail: tecsec@dpelaw.com

*Attorneys for the Plaintiff TecSec, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 16, 2010, TecSec's Motion to Compel Damages-Related Discovery was electronically filed with the Clerk of the Court using the CM/ECF system, and that this system will issue an electronic notification of filing to the following:

| | |
|---|---|
| *Attorneys for International Business Machines Corporation*: | John M. Desmarais, Esq.<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br><br>Service E-mail: jdesmarais@desmaraisllp.com<br><br>Jon Hohenthaner, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br><br>Elizabeth Bernard, Esq.<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20006<br><br>Craig C. Reilly, Esq.<br>LAW OFFICE OF CRAIG C. REILLY<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br><br>Service E-mail: IBMCounsel@kirkland.com |

/s/ Brian M. Buroker
Brian M. Buroker (VSB #39581)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 955-1500
Facsimile: (202) 778-2201
bburoker@hunton.com

*Attorney for the Plaintiff TecSec, Inc.*