UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INCORPORATED, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| *v.* ) | Case No. 1:10cv115 |
| ) | (LMB/TCB) |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| *Defendants* ) | |

## DEFENDANT IBM'S
## EMERGENCY MOTION TO ENFORCE

Pursuant to Federal Rule 37(b), Defendant International Business Machines Corporation ("IBM") moves the Court to enter an order enforcing the *Stipulated Protective Order* (Dkt. No. 210) and Court's directives from the bench on September 10, 2010 regarding access by plaintiff's outside counsel to IBM's source code and other Highly Confidential materials.

*IBM requests an emergency telephonic hearing on this motion.*

*Certificate:* I hereby certify that a good faith effort was made by the movant to resolve this dispute without court intervention.

Dated: September 15, 2010                              Respectfully submitted,

| | |
|---|---|
| *Of Counsel for Defendant IBM:* | /s/ Craig C. Reilly |
| | Craig C. Reilly VSB # 20942 |
| | 111 Oronoco Street |
| John M. Desmarais (*pro hac vice*) | Alexandria, Virginia 22314 |
| DESMARAIS LLP | TEL:    (703) 549-5354 |
| 230 Park Avenue | FAX:    (703) 549-2604 |
| New York, NY 10169 | E-MAIL: craig.reilly@ccreillylaw.com |
| Tel: 917-340-6940 | *Counsel for Defendant IBM* |
| Fax: 914-666-6962 | |
| Email: jdesmarais@desmaraisllp.com | |

| | |
|---|---|
| Jon T. Hohenthaner (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022-4675<br>TEL: (212) 446-4800<br>FAX: (212) 446-4900 | *Of Counsel for Defendant IBM:*<br><br>Elizabeth Bernard (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20005<br>TEL: (202) 879-5000<br>FAX: (202) 879-5200 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2010, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record:

| | |
|---|---|
| Brian Mark Buroker<br>HUNTON & WILLIAMS<br>1900 K St NW<br>Washington , DC 20006-1109<br>TEL: (202) 955-1500<br>FAX: (202) 778-2201<br>Email: bburoker@hunton.com<br><br>Thomas J. Cawley<br>HUNTON & WILLIAMS<br>1751 Pinnacle Drive<br>McLean, VA 22102<br>Tel: (703) 714-7400<br>Email: tcawley@hunton.com<br>*Counsel for Plaintiff* | Andrew James Isbester<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>Two Embarcadero Ctr., 8th Floor<br>San Francisco, CA 94111<br>Tel: (415) 273-4335<br>Email: jisbester@townsend.com<br><br>Jonathan Dyste Link<br>TOWNSEND AND TOWNSEND AND CREW LLP<br>1301 K St NW, 9Th Floor, East Tower<br>Washington, DC 20005<br>Tel: (202) 481-9900<br>Email: jlink@townsend.com<br>*Counsel for Defendants Oracle America, Inc. and Oracle Corp.* |
| Michael Robinson<br>Stephen K. Gallagher<br>VENABLE LLP<br>8010 Towers Crescent Drive<br>Vienna, VA 22182<br>mwrobinson@venable.com<br>skgallagher@venable.com<br><br>Jeffri Kaminski<br>VENABLE LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>jakaminski@venable.com<br>*Counsel for Software AG Defendants* | Jeffrey K. Sherwood,<br>Frank C. Cimino<br>Matthew Weinstein<br>Megan Sunkel Woodworth<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street NW<br>Washington, DC 20006<br>sherwoodj@dicksteinshapiro.com<br>ciminof@dicksteinshapiro.com<br>weinsteinm@dicksteinshapiro.com<br>woodworthM@dicksteinshapiro.com<br>*Counsel for SAP Defendants* |
| Walter D. Kelley, Jr.<br>Tara Lynn R. Zurawski<br>JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br>Email: wdkelley@jonesday.com<br>*Counsel for Defendant SAS* | Henry C. Su<br>HOWREY LLP<br>1950 University Ave<br>4th Floor<br>East Palo Alto, CA 94303-2250<br>suh@howrey.com<br>*Counsel for Defendant Adobe* |

| | |
|---|---|
| Sarah Hall<br>George Pappas<br>Gary Rubman<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>shall@cov.com<br>gpappas@cov.com<br>grubman@cov.com<br><br>Nitin Subhedar<br>Bhanu Sadasivan<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065<br>nsubhedar@cov.com<br>bsadasivan@cov.com<br>*Counsel for Defendant Sybase* | William H. Boice<br>bboice@kilpatrickstockton.com<br>Mitchell G. Stockwell<br>mstockwell@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, Georgia  30309<br>(404) 815-6500<br>(404) 815-6555 (Facsimile)<br>*Counsel for Defendant Cisco Systems*<br><br>Amr O. Aly<br>aaly@kilpatrickstockton.com<br>KILPATRICK STOCKTON LLP<br>31West 52nd Street, 14th Floor<br>New York, NY  10019<br>(212) 775-8700<br>(212) 775-8800 (Facsimile)<br>*Counsel for Defendant Cisco Systems* |
| Blair Jacobs<br>Christina Ondrick<br>Karla Palmer<br>MCDERMOTT, WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, D.C. 20005<br>bjacobs@mwe.com<br>kpalmer@mwe.com<br>condrick@mwe.com<br><br>Terrence McMahon<br>Vera Elson<br>Yar Chaikovsky<br>Hong Lin<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>tmcmahon@mwe.com<br>velson@mwe.com<br>hlin@mwe.com<br>*Counsel for Defendants eBay and PayPal* | |
| |    s/    Craig C. Reilly<br>Craig C. Reilly (VSB No. 20942)<br>craig.reilly@ccreillylaw.com<br>111 Oronoco Street<br>Alexandria, Virginia  22314<br>(703) 549-5354<br>(703) 549-2604 (Fax)<br>*Counsel for Defendant IBM* |