```
                   UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        Alexandria Division
```

TecSec Incorporated,            )
                                )
        Plaintiff,               )
                                )
   v.                            )   Civil Action No. 1:10cv115
                                )
International Business           )
Machines, et al.,                )
                                )
        Defendants.              )

ORDER

THIS MATTER came before the Court on defendant's Emergency Motion to Enforce the Stipulated Protective Order (Dkt. 335). It is hereby

ORDERED that defendant's motion is GRANTED in part and DENIED in part. It is further

ORDERED that the Court adopts "TecSec's Proposed Compromise Language" as provided in plaintiff's opposition (Dkt. 346) at page ten.

ENTERED this 21st day of September, 2010.

                                                                            /s/
                                          THERESA CARROLL BUCHANAN
                                          UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia