UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TECSEC, INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 1:10CV115-LMB-TCB |

## NOTICE OF LAW FIRM NAME CHANGE

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective January 1, 2011, the law firm of Kilpatrick Stockton LLP, counsel for defendant Cisco Systems, Inc. in the above-referenced action, has merged with Townsend and Townsend and Crew LLP, and changed its name to Kilpatrick Townsend & Stockton LLP.  All future reference to the firm in this matter should be to Kilpatrick Townsend & Stockton LLP.  The new email addresses for each of the attorneys who either has entered an appearance or is admitted *pro hac vice* in this case to date now uses the extension "@kilpatricktownsend.com" and is identified with the attorney's name in the signature block below.  The firm's and its attorneys' addresses, telephone and facsimile numbers will remain the same.

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB # 20942)
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Phone: (703) 549-5354
Facsimile: (703) 549-2604
E-Mail: craig.reilly@ccreillylaw.com

Counsel for Defendant Cisco Systems, Inc.

KILPATRICK TOWNSEND & STOCKTON LLP

Stephen E. Baskin (VSB # 47567)
Suite 900, 607 14th Street, NW
Washington, D.C. 20005-2018
Telephone: (202) 508-5899
Facsimile: (202) 585-0044
E-Mail: sbaskin@kilpatricktownsend.com

William H. Boice (admitted *pro hac vice*)
Mitchell G. Stockwell (admitted *pro hac vice*)
Michael J. Turton (admitted *pro hac vice*)
Russell A. Korn (admitted *pro hac vice*)
Wilson L. White (admitted *pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-Mail: bboice@kilpatricktownsend.com
E-Mail: mstockwell@kilpatricktownsend.com
E-Mail: mturton@kilpatricktownsend.com
E-Mail: rkorn@kilpatricktownsend.com
E-Mail: wwhite@kilpatricktownsend.com

Amr O. Aly (admitted *pro hac vice*)
31 W. 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8818
E-Mail: aaly@kilpatricktownsend.com

Alton L. Absher, III (admitted *pro hac vice)*
Jon R. Pierce (admitted *pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 734-2755
E-Mail: aabsher@kilpatricktownsend.com
E-Mail: jpierce@kilpatricktownsend.com

Counsel for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2011 I electronically filed the foregoing NOTICE OF LAW FIRM NAME CHANGE with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| **Counsel for TecSec, Incorporated** ||
|---|---|
| Brian M. Buroker | Thomas J. Cawley |
| Michael A. Oakes | Stephen M. Sayers |
| Hunton & Williams, LLP | Hunton & Williams, LLP |
| 1900 K Street, NW | 1751 Pinnacle Drive |
| Washington, D.C. 20006-1109 | Suite 1700 |
| 202-955-1500 | McLean, VA 22102 |
| 202-778-2201 (fax) | 703-714-7400 |
| bburoker@hunton.com | 703-714-7410 (fax) |
| moakes@hunton.com | tcawley@hunton.com |
|  | ssayers@hunton.com |
| Andrew G. DiNovo |  |
| Jay d. Ellwanger |  |
| DiNovo Price Ellwanger & Hardy LLP |  |
| 7000 N. MoPac Expressway |  |
| Austin, TX 78731 |  |

| Counsel for Adobe Systems Incorporated ||
|---|---|
| Henry C. Su<br>Howrey, LLP<br>1950 University Avenue<br>4th Floor<br>East Palo Alto, CA 94303-2250<br>650-798-3500<br>650-798-3600 (fax)<br>suh@howrey.com | Vivian S. Kuo<br>Howrey, LLP<br>1299 Pennsylvania Avenue<br>Washington, D.C. 2004<br>202-783-0800<br>202-783-6610(fax)<br>kuov@howrey.com |

| Counsel for Sybase, Inc. | Counsel for International Business Machines Corporation |
|---|---|
| Sarah M. Hall<br>George Pappas<br>Gary Rubman<br>Covington & Burling, LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br>202-662-6000<br>202-662-6291 (fax)<br>shall@cov.com<br>gpappas@cov.com<br>grubman@cov.com<br><br>Nitin Subhedar<br>Bhanu Sadasivan<br>Covington & Burling LLP<br>333 Twin Dolphin Drive<br>Redwood Shores, Ca 94065<br>nsubhedar@cov.com<br>bsadasivan@cov.com | Craig C. Reilly<br>Law Office of Craig C. Reilly<br>11 Oronoco Street<br>Alexandria, Virginia  22314<br>(703) 549-5354<br>(703) 549-2604 (fax)<br>craig.reilly@ccreillylaw.com<br><br>John M. Desmarais<br>Desmarais LLP<br>230 Park Avenue<br>New York, NY 10169<br>(917) 340-6940<br>(914) 666-6962 (fax)<br>jdesmarais@desmaraisllp.com<br><br>Jon T. Hohenthaner<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4675<br>(212) 446-04800<br>(212) 446-4900 (fax)<br><br>Elizabeth Bernard<br>Kirland & Ellis LLP<br>655 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 879-5000<br>(202) 879-4200 (fax) |

| **Counsel for Oracle America, Inc. & Oracle Corporation** | **Counsel for SAP America & SAP AG** |
|---|---|
| Andrew James Isbester<br>Kilpatrick Townsend & Stockton LLP<br>Two Embarcadero Ctr., 8th Floor<br>San Francisco, CA 94111<br>(415) 273-4335<br>jisbester@kilpatricktownsend.com<br><br>Jonathan D. Link<br>Kilpatrick Townsend & Stockton LLP<br>1301 K Street, NW<br>9th Floor, East Tower<br>Washington, D.C. 20005<br>202-481-9900<br>202-481-3972 (fax)<br>jlink@kilpatricktownsend.com | Jeffrey K. Sherwood<br>Frank C. Cimino<br>Matthew Weinstein<br>Megan Sunkel Woodworth<br>Dickstein Shapiro, LLP<br>1825 Eye Street, NW<br>Washington, D.C. 20006-5403<br>202-420-2200<br>202-420-2201 (fax)<br>sherwoodj@docksteinshapiro.com<br>ciminof@dicksteinshapiro.com<br>weinsteinm@disksteinshapiro.com<br>woodworthm@dicksteinshapiro.com |

| **Counsel for SAS Institute Inc.** | **Counsel for Software AG** |
|---|---|
| Walter D. Kelley, Jr.<br>Tara Lynn R. Zurawski<br>Jones Day<br>51 Louisiana Avenue, NW<br>Washington, D.C. 20001<br>202-879-3939<br>202-626-1700 (fax)<br>wdkelley@jonesday.com<br>tzurawski@jonesday.com | Michael W. Robinson<br>Stephen K. Gallagher<br>Venable, LLP<br>8010 Towers Crescent Drive<br>Suite 300<br>Vienna, VA 22182<br>703-760-1600<br>703-821-8949 (fax)<br>mwrobinson@venable.com<br>skgallagher@venable.com<br><br>Jeffri Kaminski<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>jakaminski@venable.com |

| **Counsel for eBay, Inc. and PayPal, Inc.** ||
|---|---|
| Blair M. Jacobs<br>Christina A. Ondrick<br>Karla L. Palmer<br>McDermott Will & Emery, LLP<br>600 Thirteenth Street, NW<br>Washington, D.C. 20005-3096<br>202-756-8000<br>202-756-8087 (fax)<br>bjacobs@mwe.com<br>condrick@mwe.com<br>kpalmer@mwe.com | Terence McMahon<br>Vera Elson<br>Yar Chaikovsky<br>Hong Lin<br>McDermott Will & Emery<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>tmcmahon@mwe.com<br>velson@mwe.com<br>hlin@mwe.com |

   s/    Craig C. Reilly
Craig C. Reilly
Virginia Bar No. 20942
11 Oronoco Street
Alexandria, Virginia  22314
Phone:  (703) 549-5354
Fax:  (703) 549-2604 (fax)
craig.reilly@ccreillylaw.com

William H. Boice
Mitchell G. Stockwell
KILPATRICK TOWNSEND & STOCKTON & , LLP
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia  30309
Phone:  (404) 815-6500
Fax:  (404) 815-6555
bboice@kilpatricktownsend.com
mstockwell@kilpatricktownsend.com

Amr O. Aly
KILPATRICK TOWNSEND & STOCKTON, LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Phone:  (212) 775-8700
Fax:  (212) 775-8800
aaly@kilpatricktownsend.com

*Attorneys for Cisco Systems, Inc.*