

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

| | |
|---|---|
| TECSEC, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, et al.,<br><br>    Defendants. | Case No. 1:10 CV 115 LMB/TCB<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION OF TECSEC, INCORPORATED AND ORACLE AMERICA, INC.

On February 5, 2010, TecSec, Incorporated initiated the above captioned action against a number of defendants, including Sun Microsystems, Inc.

On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc. Sun Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc."

Defendant Oracle America, Inc. stipulates and agrees to be bound by any order in the above captioned litigation directed to Sun Microsystems, Inc. as if such an order had been directed to Oracle America, Inc.

So Ordered:
May 24, 2012     /s/
                         Liam O'Grady
                         United States District Judge

FURTHER, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Oracle America Inc. is substituted for Sun Microsystems Inc. as a defendant and the caption is amended to read:

TECSEC, INCORPORATED,

Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, SAS INSTITUTE INC., SAP AMERICA, INC., SAP AG, CISCO SYSTEMS, INC., SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., ADOBE SYSTEMS INCORPORATED, EBAY INC., PAYPAL, INC., ORACLE AMERICA, INC., and ORACLE CORPORATION,

Defendants.

Case No. 1:10 CV 115 LMB/TCB

| | |
|---|---|
| Date: May 10, 2012 | Respectfully submitted, |
| *Attorneys for Defendant Oracle Corporation & Oracle America, Inc. (f/k/a Sun Microsystems, Inc.)* | /s/Jonathan D. Link<br>Jonathan D. Link (VSB # 42951)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Suite 900<br>607 14th Street, N.W.<br>Washington, DC 20005-2018<br>Telephone: 202-508-5800<br>Facsimile: 202-508-5858<br>Email: jlink@kilpatricktownsend.com<br><br>James G. Gilliland, Jr. *(pro hac vice)*<br>A. James Isbester *(pro hac vice)*<br>Mehrnaz Boroumand Smith *(pro hac vice)*<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111<br>Telephone: 415-273-7550<br>Facsimile: 415-576-0300<br>Email: jgilliland@kilpatricktownsend.com;<br>jisbester@kilpatricktownsend.com;<br>mboroumand@kilpatricktownsend.com |

*Attorneys for Plaintiff TecSec, Inc.*

/s/Michael A. Oakes
Michael A. O'Shea (*pro hac vice*)
Michael A. Oakes (VSB #47245)
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Tel: 202-955-1500
Fax: 202-778-2201

Thomas J. Cawley (VSB #04612)
Stephen M. Sayers (VSB #23066)
HUNTON & WILLIAMS
1751 Pinnacle Dr., Suite 1700
McLean, VA 22102
Tel: 703-714-7400
Fax: 703-714-7410

Gregory N. Stillman (VSB #04308)
HUNTON & WILLIAMS LLP
500 E. Main Street, Suite 1000
Norfolk, VA 23510
Tel: 757-640-5314
Fax: 757-625-7720

Service Email: tecsec@hunton.com

Andrew G. DiNovo (*pro hac vice*)
Jay D. Ellwanger (*pro hac vice*)
Raymond William Mort, III (*pro hac vice*)
Adam Geoffrey Price (*pro hac vice*)
DINOVO PRICE ELLWANGER
    & HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, TX 78731
Tel: 512- 539-2626
Fax: 512-539-2627

Service Email: tecsec@dpehlaw.com