AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| TecSec, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:10-cv-00115-CMH-TCB |
| International Business Machines Corporation et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sybase, Inc.

Date: 01/24/2014

*Attorney's signature*

Jeffrey Kirk Sherwood
*Printed name and bar number*

Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC
*Address*

sherwoodj@dicksteinshapiro.com
*E-mail address*

(202) 420-3602
*Telephone number*

(202) 420-2201
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will issue an electronic notification of filing to counsel of record.

By:   /s/ Jeffrey K. Sherwood_____

Jeffrey K. Sherwood (VA Bar # 19222)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201
SherwoodJ@dicksteinshapiro.com