IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:10-cv-00115__, Case Name __TecSec, Inc. v. IBM Corp., et al.__
Party Represented by Applicant: __Sybase, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Frank Charles Cimino Jr__
Bar Identification Number __462406__   State __DC__
Firm Name __Dickstein Shapiro LLP__
Firm Phone # __(202) 420-2200__   Direct Dial # __(202) 420-3601__   FAX # __(202) 420-2201__
E-Mail Address __CiminoF@dicksteinshapiro.com__
Office Mailing Address __1825 Eye St NW, Washington, DC 20006-5403__

Name(s) of federal court(s) in which I have been admitted __US Court of Appeals-Fed Cir, USDC for ED MI, ED TX__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Jeffrey Kirk Sherwood
(Typed or Printed Name)

1/27/14
(Date)
19222
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____                _____
(Judge's Signature)                        (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will issue an electronic notification of filing to counsel of record.

By:   /s/ Jeffrey K. Sherwood

Jeffrey K. Sherwood (VA Bar # 19222)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Tel: (202) 420-2200
Fax: (202) 420-2201
SherwoodJ@dicksteinshapiro.com