IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| TECSEC, INCORPORATED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-00115- LMB-TCB ) |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, et al., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendants. | ) ) |

**ORDER PERMITTING WITHDRAWAL OF APPEARANCE**

Pursuant to E.D. VA. CIV. R. 83.1(G), the Court hereby:

GRANTS the motion of Defendant SAP America, Inc. and SAP, AG ("SAP") for the withdrawal of the pro hac vice appearance of Matthew Bryan Weinstein [D.I. 46] as counsel for defendant SAP; and it is further

ORDERED that the Clerk of the Court shall strike his appearance and remove him from the CM/ECF service list in this matter; and it is further

ORDERED that parties need not serve any further pleadings, motions, or other papers on Matthew Bryan Weinstein in this matter.

ENTERED this 28 of January, 2014.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Alexandria, Virginia

4