*TecSec, Inc. v. International Business Machines Corp., et al.,*

Case N. 1:10-cv-LMB/TCB

BILL OF COSTS — ITEMIZATION

1. Fees of the Clerk

   - Fees to appear Pro Hac Vice (Exhibit 1):

| Date | Description | Amount |
|---|---|---|
| 4/6/2010 | Pro Hac Vice fee paid to the Clerk | $50.00 |
| 4/6/2010 | Pro Hac Vice fee paid to the Clerk | $50.00 |
| 4/22/2010 | Pro Hac Vice fee paid to the Clerk | $50.00 |
| 3/08/2012 | Pro Hac Vice fee paid to the Clerk | $75.00 |
| 1/10/2014 | Pro Hac Vice fee paid to the Clerk | $75.00 |
| 1/10/2014 | Pro Hac Vice fee paid to the Clerk | $75.00 |
| 1/10/2014 | Pro Hac Vice fee paid to the Clerk | $75.00 |
| 1/10/2014 | Pro Hac Vice fee paid to the Clerk | $75.00 |
| **TOTAL** | | **$525.00** |

2. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case

   - Hearing transcript fees (Exhibit 2):

| Date | Description | Amount |
|---|---|---|
| 9/5/2014 | Transcript of motion hearing before Judge Brinkema | $13.20 |
| 11/4/2014 | Transcript of motion hearing before Judge Brinkema | $84.50 |
| **TOTAL** | | **$97.70** |

   - Deposition transcript fees (Exhibit 3):

| Date | Deponent | Court Reporter | Amount |
|---|---|---|---|
| 12/3/2014 | Kaufman, Marc | U.S. Legal Support | $1,233.45 |
| 12/4/2014 | Kaufman, Marc | U.S. Legal Support | $621.20 |
| **TOTAL** | | | **$1,854.65** |

| | |
|---|---|
| **TOTAL:** **[Printed or electronically recorded transcripts]** | **$1,952.55** |

3. Other

    • ESI data processing (Exhibit 4):

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 11/30/2014 | BlackStone Discovery | ESI Data Processing: TIFF Conversion per Page B/W | $480.60 |
| **TOTAL** | | | **$480.60** |

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10-cv-115 , Case Name TecSec v. IBM, et al.

Party Represented by Applicant: Adobe Systems Incorporated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

F I L E D
APR - 6 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) Christina Marie Finn
Bar Identification Number 247838          State CA
Firm Name Howrey LLP
Firm Phone # 650.798.3500          Direct Dial # 650.798.3526          FAX # 650.798.3600
E-Mail Address FinnC@howrey.com
Office Mailing Address 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303

Name(s) of federal court(s) in which I have been admitted Northern District of California

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not XX a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

(Signature)

HENRY C. SU
(Typed or Printed Name)

3/31/10
(Date)

32871
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓TC or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

_____/s/_____
Claude M. Hilton
United States District Judge

Apr. 6, 2010
(Date)

Court Name: United States District Court
Division: 1
Receipt Number: 14683012605
Cashier ID: lrobey
Transaction Date: 04/02/2010
Payer Name: HOWREY
------------------------------------
PRO HOC VICE
 For: HOWREY
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:        $150.00
------------------------------------
CHECK
 Remitter: HOWREY
 Check/Money Order Num: 8006
 Amt Tendered: $150.00
------------------------------------
Total Due:       $150.00
Total Tendered: $150.00
Change Amt:       $0.00

PROHAC VICE

110CV115

JAMES VALENTINE, WILLIAM NELSON,
CHRISTINA FINN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 10-cv-115 CMH, Case Name TecSec Inc. v. IBM Corp. et al.

Party Represented by Applicant: Adobe Systems, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

```
F  I  L  E  D
APR - 6 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA
```

PERSONAL STATEMENT

FULL NAME (no initials, please) William P. Nelson

Bar Identification Number 196091        State California

Firm Name Howrey LLP

Firm Phone # 650-798-3500        Direct Dial # 650-798-3698        FAX # 650-798-3600

E-Mail Address nelsonw@howrey.com

Office Mailing Address 1950 University Avenue, 4th Flr., East Palo Alto, CA 94303

Name(s) of federal court(s) in which I have been admitted Supreme Court of California, USDC Northern
California, USDC Southern California
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

(Signature)                                                3/31/2010
                                                           (Date)
Henry C. Su                                                32871
(Typed or Printed Name)                                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓TC__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

                /s/
          Claude M. Hilton                        Apr. 6, 2010
      United States District Judge                (Date)

Court Name: United States District Court
Division: 1
Receipt Number: 14683812605
Cashier ID: lrobey
Transaction Date: 04/02/2010
Payer Name: HOWREY
------------------------------------
PRO HOC VICE
 For: HOWREY
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:        $150.00
------------------------------------
CHECK
 Remitter: HOWREY
 Check/Money Order Num: 8006
 Amt Tendered: $150.00
------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

PROHAC VICE

110CV115

JAMES VALENTINE, WILLIAM NELSON,
CHRISTINA FINN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10-cv-115-CMH Case Name TecSec, Inc. v. IBM, et al.
Party Represented by Applicant: Adobe Systems Incorporated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

F I L E D

APR - 6 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

PERSONAL STATEMENT

FULL NAME (no initials, please) James Frederick Valentine
Bar Identification Number 149269        State California
Firm Name HOWREY LLP
Firm Phone # 650.798.3500        Direct Dial # 650.798.3560        FAX # 650.798.3600
E-Mail Address ValentineJ@howrey.com
Office Mailing Address 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303
Name(s) of federal court(s) in which I have been admitted   USDC - Northern, Southern, Eastern, and Central Districts of CA; Court of Appeals for the Ninth and Federal Circuits

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not XXX a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

(Signature)

Henry C. Su
(Typed or Printed Name)

March 31, 2010
(Date)

32871
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

/s/
Claude M. Hilton
United States District Judge

Apr. 6, 2010
(Date)

Court Name: United States District Court
Division: 1
Receipt Number: 14683012605
Cashier ID: lrobey
Transaction Date: 04/02/2010
Payer Name: HOWREY
--------------------------------
PRO HOC VICE
 For: HOWREY
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:        $150.00
--------------------------------
CHECK
 Remitter: HOWREY
 Check/Money Order Num: 8006
 Amt Tendered: $150.00
--------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

PROHAC VICE

110CV115

JAMES VALENTINE, WILLIAM NELSON,
CHRISTINA FINN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10-cv-115 LMB/TCB, Case Name TecSec, Inc. v. IBM, et al.

Party Represented by Applicant: Adobe Systems, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Henry Charles Bunsow

Bar Identification Number 060707        State California

Firm Name Howrey LLP

Firm Phone # 415-848-4900        Direct Dial # 415-848-4946        FAX # 415-848-4999

E-Mail Address bunsowh@howrey.com

Office Mailing Address 525 Market St., Suite 3600, San Francisco CA 94105

Name(s) of federal court(s) in which I have been admitted USDC:Northern, Southern, Central, Eastern Dists of Calif.; Eastern & Northern Dists of Texas; U.S. Supreme Court; Ct of Appeals Federal Circuit, Seventh, Ninth & Tenth Circuits

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Henry C. Su
(Typed or Printed Name)

April 16, 2010
(Date)
32871
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid __VTC__ *or* Exemption Granted _____

The motion for admission is GRANTED __✓__ *or* DENIED _____

/s/
Leonie M. Brinkema
United States District Judge

(Judge's Signature)

4/22/10
(Date)

FILED

APR 2 2 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

```
Court Name: United States District Court
Division: 1
Receipt Number: 14683013015
Cashier ID: dvanmetr
Transaction Date: 04/21/2010
Payer Name: HOWREY SIMON ARNOLD AND WHIT
E
-----------------------------------
PRO HOC VICE
 For: HOWREY SIMON ARNOLD AND WHITE
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:      $50.00
-----------------------------------
CHECK
 Remitter: HOWREY SIMON ARNOLD AND WHITE
 Check/Money Order Num: 1766
 Amt Tendered:  $50.00
-----------------------------------
Total Due:     $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PROHAC
110CV115
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10-cv-00115____, Case Name  TecSec Inc. v. IBM Corporation et al.
Party Represented by Applicant:  Adobe Systems Incorporated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Andrew N. Stein        Andrew Neal Stein
Bar Identification Number     1005411      State Washington, D.C.
Firm Name  Dewey & LeBoeuf LLP
Firm Phone #  (202) 346-8000        Direct Dial #  (202) 346-8049        FAX #  (202) 956 3213
E-Mail Address  astein@dl.com
Office Mailing Address  1101 New York Avenue, NW, Washington, D.C. 20005

Name(s) of federal court(s) in which I have been admitted USDC Dist. of Colorado, USDC Southern Dist. of NY; USDC Northern Dist. NY;
USDC Eastern Dist. of TX; USCA Fed. Circuit; Appellate Division of the Supreme Court of the State of NY
I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not _XX_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

(Signature)                                           3/8/12
Lyle Roberts                                          (Date)
(Typed or Printed Name)                               45808
                                                      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)                    (Date)



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANDREW   NEAL   STEIN

was on the     6ᵀᴴ   day of     JANUARY,   2012

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 8, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10cv00115-LMB-TG, Case Name TecSec, Inc. v. International Business Mach
Party Represented by Applicant: Adobe Systems Incorporated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Charlene M. Morrow
Bar Identification Number 136411          State CA
Firm Name Fenwick & West LLP
Firm Phone # 650-988-8500          Direct Dial # 650-335-7155          FAX # 650-938-5200
E-Mail Address cmorrow@fenwick.com
Office **Mailing** Address Silicon Valley Center, 801 California Street, Mountain View, CA 94041

Name(s) of federal court(s) in which I have been admitted Please see attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice.*

(Signature)                                                      (Date) Jan. 9, 2014
Steven E. Adkins                                                32834
          (Typed or Printed Name)                               (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____                    _____
(Judge's Signature)                          (Date)

**Charlene M. Morrow**
(California State Bar #136411 – Admitted 12/07/88)

| COURT ADMISSIONS | DATE OF ADMISSION |
|---|---|
| SUPREME COURT OF THE UNITED STATES<br>1 First St. NE Washington, DC 20543 | 10/01/12 |
| COURT OF APPEALS, FEDERAL CIRCUIT<br>717 Madison Place, N.W.<br>Washington, DC  20439 | 10/11/94 |
| COURT OF APPEALS, NINTH CIRCUIT<br>95 Seventh Street<br>P.O. Box 193939<br>San Francisco, CA  94119 | 12/07/88 |
| DISTRICT OF ARIZONA | 01/10/95 |
| CENTRAL DISTRICT OF CALIFORNIA<br>312 N. Spring Street<br>Los Angeles, CA  9410 | 02/27/91 |
| EASTERN DISTRICT OF CALIFORNIA<br>650 Capitol Mall<br>Sacramento, CA  95814 | 02/19/93 |
| NORTHERN DISTRICT OF CALIFORNIA<br>450 Golden Gate Avenue<br>San Francisco, CA  94119 | 12/07/88 |
| SOUTHERN DISTRICT OF CALIFORNIA<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8000 | 03/24/08 |
| NORTHERN DISTRICT OF ILLINOIS<br>219 S. Dearborn St., Room 2050<br>Chicago, IL 60604 | 10/2012 |
| DISTRICT OF MASSACHUSETTS<br>1 Courthouse Way<br>Boston, MA 02210 | 02/09/06 |
| EASTERN DISTRICT OF TEXAS<br>211 West Ferguson Street, Room 106<br>Tyler, TX 75702 | 01/23/07 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10cv00115-LMB-TG, Case Name  TecSec, Inc. v. International Business Mach
Party Represented by Applicant: Adobe Systems Incorporated

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) David Wallace
Bar Identification Number 273518          State CA
Firm Name Fenwick & West LLP
Firm Phone # 650-988-8500          Direct Dial # 650-335-7805          FAX # 650-938-5200
E-Mail Address dwallace@fenwick.com
Office **Mailing** Address Silicon Valley Center, 801 California Street, Mountain View, CA 94041

Name(s) of federal court(s) in which I have been admitted United States District Court, Northern District of California

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice.*

_____                    Jan. 9, 2014
(Signature)                                          (Date)
Steven E. Adkins
                                                     32834
_____                    (VA Bar Number)
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____                    _____
(Judge's Signature)                                  (Date)

 

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10-cv-00115 , Case Name Tecsec Inc. v International Business
Party Represented by Applicant:  Adobe Systems Inc.                                          Machines Corp.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Phillip John Haack
Bar Identification Number  262060          State  California
Firm Name  Fenwick & West LLP
Firm Phone #  650-988-8500          Direct Dial #  650-335-7932          FAX #  650-938-5200
E-Mail Address  phaack@fenwick.com
Office Mailing Address   801 California Street, Mountain View, CA 94041

Name(s) of federal court(s) in which I have been admitted   Please see attached sheet

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am _____ am not _√_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

_____          _____
(Signature)                                     Jan. 9, 2014 (Date)

_____          _____
(Typed or Printed Name)                          (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                              (Date)

## ADMISSIONS FOR PHILLIP HAACK

| COURT | ACTIVE OR INACTIVE? | DATE |
|---|---|---|
| **CALIFORNIA** | | |
| Admitted to State Court of California | Active | January 12, 2009 |
| **CALIFORNIA DISTRICT COURTS** | | |
| Admitted to Northern District of California | Active | February 10, 2009 |
| Admitted to Central District of California | Active | February 9, 2009 |
| Admitted to Southern District of California | Active | February 10, 2009 |
| Admitted to Eastern District of California | Active | February 9, 2009 |
| **TEXAS DISTRICT COURT** | | |
| Eastern District of Texas | Active | April 15, 2010 |
| **COURT OF APPEALS** | | |
| US Court of Appeals For the Federal Circuit | Active | October 15, 2009 |

Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:10cv00115-LMC-TCB , Case Name TecSec, Inc. v. International Business Machines Corp., et al
Party Represented by Applicant: Adobe Systems Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Virginia K. DeMarchi
Bar Identification Number 168633          State California
Firm Name Fenwick & West LLP
Firm Phone # (650) 988-8500          Direct Dial # (650) 335-7967          FAX # (650) 938-5200
E-Mail Address vdemarchi@fenwick.com; bwalrod@fenwick.com
Office Mailing Address 801 California Street, Mountain View, California 94041

Name(s) of federal court(s) in which I have been admitted See Attachment A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Virginia K. DeMarch_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice.*

(Signature)                                   Jan. 9, 2014
Steven E. Adkins                              (Date)
(Typed or Printed Name)                       32834
                                              (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)                           (Date)

## Attachment A

Virginia K. DeMarchi (California State Bar No. 168633) is admitted to the following

courts:

<u>State Jurisdictions</u>:

| Court Admitted To | Date Admitted |
|---|---|
| Superior Court of California | December 30, 1993 |

<u>Federal Jurisdictions</u>:

| Court | Date |
|---|---|
| Court of Federal Claims | October 6, 1994 |
| US District Court, Northern District of California | October 25, 1996 |
| US District Court, Central District California | February 20, 1997 |
| US District Court, Eastern District of California | February 24, 1997 |
| US District Court, Southern District of California | February 18, 1997 |
| U.S. Court of Appeals for the Federal Circuit | December 17, 1998 |
| U.S. Court of Appeals for the Ninth Circuit | July 13, 2005 |
| US District Court, Eastern District of Texas | August 26, 2010 |
| US District Court, Northern District of Illinois General Bar | November 5, 2012 |
| US District Court, Northern District of Illinois Trial Bar | November 5, 2012 |

| | |
|---|---|
| Supreme Court of the United States | December 2, 2013 |



EXHIBIT 2

# INVOICE

## *Invoice Information*

Firm/Vendor: Allen & Overy
Office: Washington DC
Invoice Number: 6031002448
Date of Invoice: 10/07/2014
Billing Period: 05/31/2014 - 09/30/2014
Date Posted: 10/14/2014
Invoice Description/Comment: Legal services for TecSec, Incorporated v. IBM et al.

## *Billed To*

ADUS: Adobe Systems Inc.

345 Park Avenue
San Jose, California, 95110
United States

## *Amount Approved*

**Invoice Currency:** **USD**
Date Approved: 11/25/2014

## *Vendor Address & Tax Information in Serengeti Tracker*

Allen & Overy
1301 K Street NW
9th Floor, East Tower
Washington, D.C., Washington  20005

Tel: +1 202 683 3800
Fax: +1 202 683 3999

*Remittance Address*
Same as mail address

| 09/11/2014 E123 - Other Professionals | NARRATIVE: Anneliese J. Thomson, RDR, CRR - External Professional Services - Non Legal - Anneliese J. Thompson, RDR, CRR - Transcript of 09/05/2014 hearing transcript before the Hon. Leonie M. Brinkema. Inv# 20140121 | E. Adkins, Steven 1 | $13.20 | $13.20 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20140160

**MAKE CHECKS PAYABLE TO:**

Charlene M. Morrow, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Phone: (650) 335-7155

cmorrow@fenwick.com

Anneliese J. Thomson
United States Court Reporter
United States District Court
401 Courthouse Square, 5th Flr.
Alexandria, VA 22314

Phone: (703) 299-8595
FAX (703) 299-8594
Tax ID: 56-2516880
ajthomson@comcast.net

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | | 12-15-2014 | 12-15-2014 |

**Case Style:** 1:10CV115, TecSec, Inc. v Adobe Systems Incorporated
Transcript of 11-14-14 motion hearing before the Honorable Leonie M. Brinkema.

PDF and TXT files

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 10 | 7.25 | 72.50 | 10 | 1.20 | 12.00 | | 0.90 | | 84.50 |
| Realtime | | 3.05 | | | 2.10 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 84.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $84.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *s/ Anneliese J. Thomson* | 12-15-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

EXHIBIT 3

# INVOICE



**p:** 877.479.2484
**f:** 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 240726 | 12/17/2014 | 136255 |

| Job Date | Case No. |
|---|---|
| 12/3/2014 | |

| Case Name |
|---|
| TecSec, Inc. v. International Business Machines, Corp. |

| Payment Terms |
|---|
| Due upon receipt |

Phillip Haack, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

Marc Kaufman

| | | | |
|---|---|---|---|
| Exhibit | 483.00 | Pages | 313.95 |
| Transcript Copy - Videotaped / Technical Testimony | 145.00 | Pages | 572.75 |
| Rough Draft ASCII | 145.00 | Pages | 282.75 |
| E-CD Litigation Package | | | 39.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Condensed Transcript - Complimentary | | | 0.00 |
| Processing & Handling | | | 25.00 |
| Shipping - Complimentary | | | 0.00 |
| | | **TOTAL DUE >>>** | **$1,233.45** |

Reference No.    :  459771

Videotaped deposition held in Mountain View, CA

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 1,233.45 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 76-0523238

Phone: 650.988.8500   Fax:

---

*Please detach bottom portion and return with payment.*

Phillip Haack, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041

| | | |
|---|---|---|
| Invoice No. | : | 240726 |
| Invoice Date | : | 12/17/2014 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 136255 |
| BU ID | : | 24-DC VIP |
| Case No. | : | |
| Case Name | : | TecSec, Inc. v. International Business Machines, Corp. |

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-13**
**Houston, TX  77210-4772**

# INVOICE



p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 240730 | 12/17/2014 | 136257 |
| **Job Date** | **Case No.** | |
| 12/4/2014 | | |
| **Case Name** | | |
| TecSec, Inc. v. International Business Machines, Corp. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Phillip Haack, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

| | | | |
|---|---|---|---|
| 30(b)(6) of Adobe Systems Inc. - Marc Kaufman | | | |
| Exhibit | 4.00 | Pages | 2.60 |
| Transcript Copy - Videotaped / Technical Testimony | 94.00 | Pages | 371.30 |
| Rough Draft ASCII | 94.00 | Pages | 183.30 |
| E-CD Litigation Package | | | 39.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Condensed Transcript - Complimentary | | | 0.00 |
| Processing & Handling | | | 25.00 |
| Shipping - Complimentary | | | 0.00 |
| | | **TOTAL DUE >>>** | **$621.20** |

Reference No.          :  459774

Videotaped deposition held in Mountain View, CA

Thank you for your business!

| | |
|---|---|
| **(-) Payments/Credits:** | 621.20 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$0.00** |

**Tax ID:** 76-0523238

Phone: 650.988.8500   Fax:

*Please detach bottom portion and return with payment.*

Phillip Haack, Esquire
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041

| | | |
|---|---|---|
| Invoice No. | : | 240730 |
| Invoice Date | : | 12/17/2014 |
| **Total Due** | : | **$0.00** |

| | | |
|---|---|---|
| Job No. | : | 136257 |
| BU ID | : | 24-DC VIP |
| Case No. | : | |
| Case Name | : | TecSec, Inc. v. International Business Machines, Corp. |

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-13**
            **Houston, TX  77210-4772**

# EXHIBIT 4

# INVOICE

## *Invoice Information*

Firm/Vendor: BlackStone Discovery
Office: Palo Alto
Invoice Number: PA401776
Date of Invoice: 11/30/2014
Billing Period: 11/01/2014 - 11/30/2014
Date Posted: 12/12/2014
Invoice Description/Comment: First round of collections, processing, and production for new matter.

## *Billed To*

ADUS: Adobe Systems Inc.

345 Park Avenue
San Jose, California, 95110
United States

## *Amount Approved*

**Invoice Currency:** **USD**
Date Approved: 12/18/2014

## *Accounting Code Allocations*

Cost Center  GL Account  Other AP Code  Amount  Percentage  Comment

## *Vendor Address & Tax Information in Serengeti Tracker*

BlackStone Discovery
2656 East Bayshore Road
Palo Alto, California 94303

Tel: 6503313000
Fax:

*Remittance Address*

11/30/2014 E123 - Other Professionals ESI Data Processing: TIFF Conversion per Page - B/W  Sharon Hong  16020  $0.03

$480.60