IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INCORPORATED,<br><br>            *Plaintiff*,<br><br>       v.<br><br>ADOBE INC., *et al.*,<br><br>            *Defendants*. | Civil Action No. 1:10-cv-115<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant Adobe Inc.'s Motion for Judgment as a Matter of Law of No Willful Infringement (Dkt. 1340). An opposition brief was filed and the Court heard oral argument. The Court **GRANTED** the motion during trial for the reasons stated from the bench and for good cause shown. A memorandum opinion will follow.

It is **SO ORDERED**.

January 11 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge