## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Rachel Cohen**
Attorney for Adobe, Inc.

Electronic Device(s): **laptop**

Purpose and Location Of Use: Damages Hearing

Case No.: 1:10-cv-00115-LO-TCB

Date(s) Authorized: **5/2/2019**

IT Clearance Waived: ____(Yes)    ____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____    _____
IT Staff Member                        Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): **Tara Elliott**
Attorney for Adobe, Inc.

Electronic Device(s): **laptop**

Purpose and Location Of Use: **Damages Hearing**

Case No.: **1:10-cv-00115-LO-TCB**

Date(s) Authorized: **5/2/2019**

IT Clearance Waived: ____(Yes) ____(No)

APPROVED BY:

Date:_____    _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____   _____
IT Staff Member                              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Michael Morin
Attorney for Adobe, Inc.

Electronic Device(s):  laptop

Purpose and Location Of Use:  Damages Hearing

Case No.:  1:10-cv-00115-LO-TCB

Date(s) Authorized:  5/2/2019

IT Clearance Waived:  ____(Yes)   ____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:  _____   _____
IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**