IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ADOBE INC., *et al.,* <br><br> *Defendants.* | Civil Action No. 1:10-cv-115 <br> Hon. Liam O'Grady |

### ORDER

The Court, having ruled on all post-trial Motions in this case, the Court hereby **ORDERS** that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is **HEREBY ENTERED** on the jury verdict (*see* Dkt. 1353) as amended by the Court (*see* Dkt. 1402).

It is **SO ORDERED**.

June 18, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge