UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-115-LO/TCB ) ) |
| ADOBE INC., et al., | ) ) |
| Defendants. | ) ) ) |

**JOINT NOTICE OF THE PARTIES' DISPUTES RELATED TO THE PROPOSED JOINT DISCOVERY PLAN, PROPOSED STIPULATED PROTECTIVE ORDER AND PROPOSED STIPULATED ORDER REGARDING THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

The Parties (Plaintiff TecSec, Incorporated ("TecSec") and Defendants Cisco Systems, Inc., Oracle Corp., Oracle America, Inc., SAS Institute, Inc., SAP America, Inc., SAP AG, Software AG USA, Inc., Software AG, and Sybase, Inc. (each a "Party," and collectively, the "Parties")) have met and conferred regarding a proposed joint discovery plan, a proposed stipulated protective order and a proposed stipulated order regarding the production of documents and electronically stored information.

**I.      PROPOSED JOINT DISCOVERY PLAN (EXHIBIT A)**

The Parties have one area of disagreement on the proposed Joint Discovery Plan. Defendants propose the following language regarding the number of depositions: "Pursuant to Rule 30(a), Plaintiff may take no more than ten depositions per Defendant, not including experts, absent stipulation by that Defendant or obtaining leave of Court." TecSec does not agree to this language.

This dispute is highlighted on page 3, in Section 2(B)(i)(f) of the attached discovery plan.

## II.     PROPOSED STIPULATED PROTECTIVE ORDER (EXHIBIT B)

The Parties have one area of disagreement on the proposed Stipulated Protective Order. The area of disagreement is regarding page limits on source code print outs. TecSec proposes the following limitation on source code print outs: "A reasonable number shall be defined as no more than 40 contiguous pages or 2,500 total pages of a Producing Party's source code per accused product." Defendants propose the following limitation on source code print outs: "A reasonable number shall be defined as no more than 30 contiguous pages or 500 total pages of a Producing Party's source code per accused product. If the Reviewing Party believes, after review of the source code, that more than 30 contiguous pages or more than 500 total pages of a Producing Party's source code per accused product are necessary, the parties agree to meet and confer regarding potential additional production of source code pages."

This dispute is highlighted on page 24, in Section 10(d) of the attached protective order.

## III.    PROPOSED STIPULATED ORDER REGARDING THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION (EXHIBIT C)

The Parties have no areas of disagreement on this Order.

Dated: September 20, 2019　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Michael A. Oakes | /s/ Vishal V. Khatri |
| Michael A. Oakes (VSB #47245) | Vishal V. Khatri (VSB No. 75074) |
| Ozzie A. Farres (*pro hac vice*) | JONES DAY |
| Steven L. Wood (*pro hac vice*) | 51 Louisiana Avenue, NW |
| Brian L. Saunders (*pro hac vice*) | Washington, DC 20001 |
| **HUNTON ANDREWS KURTH LLP** | Tel: (202) 879-3939 |
| 2200 Pennsylvania Avenue, N.W. | Fax: (202) 626-1700 |
| Washington, D.C. 20037 | vkhatri@jonesday.com |
| Telephone:  (202) 955-1500 | |
| Facsimile:   (202) 778-2201 | Thomas R. Goots (*pro hac vice*) |
| moakes@huntonak.com | JONES DAY |
| ofarres@huntonak.com | North Point |
| swood@huntonak.com | 901 Lakeside Avenue |
| bsaunders@huntonak.com | Cleveland, Ohio 44114-1190 |
| | Tel: (216) 586-3939 |
| *Counsel for Plaintiff TecSec, Inc.* | Fax: (216) 579-0212 |
| | trgoots@jonesday.com |
| | |
| | *Counsel for Defendant SAS Institute Inc.* |

*/s/ Stephen K. Gallagher*
Michael W. Robinson (VSB No. 26522)
Stephen K. Gallagher (VSB No. 38085)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
(703) 760-1647 (phone)
(703) 821-8949 (fax)
SKGallagher@venable.com
MWRobinson@venable.com

Jeffri Kaminski
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
 (202) 344-4048
jakaminski@venable.com

*Counsel for Defendants Software AG and Software AG USA, Inc.*

  s/Russell A. Korn
Mitchell G. Stockwell (admitted pro hac vice)
Michael J. Turton (admitted pro hac vice)
Russell A. Korn (admitted pro hac vice)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
E-Mail:  mstockwell@kilpatricktownsend.com
E-Mail:  mturton@kilpatricktownsend.com
E-Mail:  rkorn@kilpatricktownsend.com

Taylor Higgins Ludlam (admitted pro hac vice)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks road, Suite 1400
Raleigh, NC 27609
Telephone:  (919) 420-1700
Facsimile:  (919) 420-1800
E-Mail : taludlam@kilpatricktownsend.com

Craig C. Reilly
Virginia Bar No. 20942
Law Office of Craig C. Reilly
111 Oronoco Street
Alexandria, VA 22314
Phone:  (703) 549-5354
Facsimile:  (703) 549-2604
E-Mail:  craig.reilly@ccreillylaw.com

*Counsel for Defendant Cisco Systems, Inc.*

 */s/ Jeffrey K. Sherwood*
Jeffrey K. Sherwood (VA Bar No. 19222)
Frank C. Cimino, Jr.
Megan S. Woodworth
VENABLE LLP
600 Massachusetts Ave, NW
Washington, DC 20001
(202) 344-4000 (Telephone)
(202) 344-8300 (Facsimile)
SAPTecSec@Venable.com

*Counsel for SAP America, Inc., SAP, AG, and Sybase, Inc.*

    */s/ Michael W. De Vries*
Michael W. De Vries (*pro hac vice*)
Kirkland & Ellis LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: 213-680-8590
Facsimile: 213-680-8500
michael.devries@kirkland.com

*Attorneys for Defendant Oracle Corporation & Oracle America, Inc. (fka Sun Microsystems, Inc.)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2019, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Michael A. Oakes
Michael A. Oakes (VSB #47245)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
moakes@huntonak.com

*Counsel for Plaintiff TecSec, Inc.*