# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:10-cv-00115____, Case Name TecSec, Inc. v. International Business Machines Co. et al.
Party Represented by Applicant: SAP America, Inc., SAP, AG and Sybase, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Michael Andre Morin
Bar Identification Number 454706            State DC
Firm Name Latham & Watkins LLP
Firm Phone #  (202) 637-2200            Direct Dial # (202) 637-2298            FAX #  (202) 637-2201
E-Mail Address michael.morin@lw.com
Office **Mailing** Address 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004

Name(s) of federal court(s) in which I have been admitted Federal Circuit, First Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Maximilian A. Grant            10/01/19
(Signature)                         (Date)
Maximilian A. Grant                 91792
(Typed or Printed Name)             (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____            _____
(Judge's Signature)                 (Date)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 01, 2019, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.


/s/ Maximilian A. Grant
Maximilian A. Grant (VSB #91792)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
max.grant@lw.com

*Counsel for Defendants SAP America,
Inc., SAP, AG and Sybase, Inc.*