UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INC., <br>       Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, *et al.*, <br>       Defendants. | NO. 1:10-cv-00115-LO-TCB |

**MOTION TO EXCLUDE PLAINTIFF'S DAMAGES EXPERT OPINIONS**

PURSUANT TO Rule 702 of the Federal Rules of Evidence, Defendants Oracle Corporation and Oracle America, Inc. ("Oracle") move to exclude the opinions proffered by Plaintiff's damages expert. The grounds and reasons for granting this relief are stated with particularity in the accompanying brief.

Dated: November 6, 2020

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
209 Madison St., Ste. 501
Alexandria, Virginia 22314
T: 703-549-5354
F: 703-549-5355
E: craig.reilly@ccreillylaw.com

Adam R. Alper (*admitted pro hac vice*)
Akshay S. Deoras (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Tel: 415-439-1400
Fax: 415-439-1500
adam.alper@kirkland.com
akshay.deoras@kirkland.com

Michael W. De Vries (*admitted pro hac vice*)
Allison W. Buchner (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Tel: 213-680-8400
Fax: 213-680-8500
michael.devries@kirkland.com
allison.buchner@kirkland.com

*Counsel for Defendants Oracle Corporation and Oracle America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2020, a true and correct copy of the foregoing was served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
209 Madison St., Ste. 501
Alexandria, Virginia 22314
T: 703-549-5354
F: 703-549-5355
E: craig.reilly@ccreillylaw.com
*Counsel for Defendants Oracle Corporation and Oracle America, Inc.*