## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TECSEC, INC., <br>　　　　　Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS <br> MACHINES CORPORATION, *et al.*, <br>　　　　　Defendants. | NO. 1:10-cv-00115-PTG-WEF |

### CISCO SYSTEMS, INC.'S MOTION TO EXCLUDE
### EXPERT TESTIMONY BY MR. ROY WEINSTEIN AND DR. AVIEL RUBIN

PURSUANT TO Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), Defendant Cisco Systems, Inc. respectfully moves this Court for an Order excluding the expert testimony of Plaintiff TecSec Inc.'s experts Roy Weinstein and Dr. Aviel Rubin. The grounds and reasons for granting this motion are stated with particularity in the accompanying memorandum of law.  A proposed order is submitted herewith.

Dated: May 19, 2023.

　　　　　　　　　　　　　　　　　　　**CISCO SYSTEMS, INC.**

　　　　　　　　　　　　　　　　　　　　*/s/　　　Craig C. Reilly*
　　　　　　　　　　　　　　　　　　　Craig C. Reilly
　　　　　　　　　　　　　　　　　　　Virginia State Bar No. 20942
　　　　　　　　　　　　　　　　　　　Law Office of Craig C. Reilly
　　　　　　　　　　　　　　　　　　　209 Madison Street, Suite 501
　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　Phone:  (703) 549-5354
　　　　　　　　　　　　　　　　　　　Facsimile:  (703) 549-5355
　　　　　　　　　　　　　　　　　　　E-Mail:  craig.reilly@ccreillylaw.com

KILPATRICK TOWNSEND & STOCKTON LLP

Mitchell G. Stockwell (admitted *pro hac vice*)
Michael J. Turton (admitted *pro hac vice*)
Russell A. Korn (admitted *pro hac vice*)
Amanda N. Brouillette (admitted *pro hac vice*)
Andrew N. Saul (admitted *pro hac vice*)

1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
E-Mail:  mstockwell@kilpatricktownsend.com
E-Mail:  mturton@kilpatricktownsend.com
E-Mail:  rkorn@kilpatricktownsend.com
E-Mail : abrouillette@kilaptricktownsend.com
E-Mail : asaul@kilpatricktownsend.com

Alton L. Absher, III (admitted *pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  (336) 607-7300
Facsimile:  (336) 734-2755
E-Mail:  aabsher@kilpatricktownsend.com

*Counsel for Defendant Cisco Systems, Inc.*