IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TECSEC, INC., ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:10-cv-115 (PTG/WEF) |
| ) | |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## ORDER

This matter is before the Court on Defendant Cisco Systems, Inc.'s Motion to Exclude Expert Testimony. Dkt. 1720. For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Cisco Systems, Inc.'s Motion to Exclude Expert Testimony (Dkt. 1720) is **GRANTED**.

Entered this 2nd day of February, 2024.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge